

# IN THE
# TENTH COURT OF APPEALS

## No. 10-12-00014-CV

**TROUP LODGING, LLP,**

                                                            **Appellant**

 **v.**

**LANDMARK PROPERTIES, INC.,**

                                                            **Appellee**

<br>

**From the County Court at Law**
**Ellis County, Texas**
**Trial Court No. 10-C-3867**

## MEMORANDUM  OPINION

Appellant has filed a "Motion to Dismiss Appeal Pursuant to Settlement Agreement." *See* TEX. R. APP. P. 42.1(a)(1). It states that Appellant and Appellee successfully mediated the case and entered into a "Rule 11 and Settlement Agreement." Dismissal of this appeal would not prevent a party from seeking relief to which it would otherwise be entitled. The motion is granted, and the appeal is dismissed.

REX D. DAVIS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted; appeal dismissed
Opinion delivered and filed August 9, 2012
[CV06]